FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 03 2025 ★

BROOKLYN OFFICE

RECEIVED
OCT 03 2025
PRO SE OFFICE

**Shawn Baker**
Beneficiary Title Owner & Trustee
 Baker Legacy Preservation Trust
POB 833
Union New Jersey [07083]

Clerk's Office
Filed Date: 10/3/2025
Received on 10/6/2025 C.C.F.

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

October 2, 2025

**Clerk of Court**
 United States District Court
 Eastern District of New York
 225 Cadman Plaza East
 Brooklyn, NY 11201

Re: Shawn Baker v. TransUnion, LLC, et al.

Civil Action No. 1:25-CV-4785

To the Clerk of Court and the Honorable Judge González:

Please accept for filing the following documents submitted today by Plaintiff Shawn Baker:

1. **Plaintiff's Notice of Motion and Motion to Remand for Lack of Subject-Matter Jurisdiction (28 U.S.C. § 1447(c));**

2. **Notice to Clerk of Jurisdictional Challenge and Preservation of Objection;**

3. **Affidavit of Status and Jurisdictional Objection.**

I respectfully note for the record that:

- My Private Status Affidavit, New York State TRO (entered August 26, 2025), and Jurisdictional Declaration are already part of the record before this Court.

- These documents establish my standing as a living man, private national, Trustee of the Baker Legacy Preservation Trust, and Beneficiary Title Owner of the public estate "Shawn Baker."

- My filings are made solely for the purpose of challenging jurisdiction and preserving equity; they do not constitute consent to federal statutory or Article I jurisdiction.

The only lawful act remaining is remand to the **Supreme Court of the State of New York, Kings County (Equity Part)**, where this matter properly belongs.

Respectfully submitted,

/s/ Shawn Baker

Shawn Baker
Beneficiary Title Owner & Trustee
Baker Legacy Preservation Trust