# AFFIDAVIT OF STATUS AND JURISDICTIONAL OBJECTION

I, **Shawn Baker**, being duly sworn, declare and state as follows:

1. **Status of Affiant.**

   I am a **living man and private national**, standing in my natural capacity. I am not a "U.S. citizen" or corporate fiction individual. I am the Beneficiary Title Owner of the public estate "Shawn Baker" and the Trustee of the Baker Legacy Preservation Trust, a private trust estate.

2. **Standing in Equity.**

   My Verified Complaint, filed in the Supreme Court of the State of New York, Kings County (Equity Part), arises solely in **equity and trust law**. It seeks equitable relief only — injunctions and declarations — and does not plead any federal statutory cause of action.

3. **Article III Jurisdiction Only.**

   I stand fully under the principles of **Article III of the original Constitution for the United States of America (1787)**, which vests judicial power in courts of law and equity. I reject and do not consent to adjudication under **Article I statutory or administrative tribunals**, which are legislative in nature and military in process.

4. **Trespass by Removal.**

   By removing this cause, Defendants have trespassed upon my private rights, my trust estate, and the public estate bearing my name. They attempt to compel me into an Article I forum without lawful jurisdiction. Such removal is void.

5. **State TRO Already in Force.**

   On **August 26, 2025**, Justice Cenceria Edwards of the New York Supreme Court, Kings County (Equity Part), entered a **Temporary Restraining Order** enjoining Defendants. That order remains valid under *Granny Goose Foods v. Teamsters*, 415 U.S. 423 (1974), until modified or dissolved by the state court.

6. **Jurisdictional Declaration Already on Record.**

This Court is on notice that my **private status affidavit, New York TRO,** and **jurisdictional declaration are already part of the record.** Any further exercise of power by this Court, absent proof of jurisdiction, would be an **unlawful trespass.**

7. **Demand for Proof of Jurisdiction.**

I demand that the Court, on the record:

- Identify the exact statutory provision of Title 28 conferring jurisdiction in this case;
- Produce sworn evidence supporting such jurisdiction; and
- Affirm under oath and bond that jurisdiction exists.

Absent such proof, the only lawful act is immediate **remand to the Equity Part of the Supreme Court of New York.**

## Affirmation

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 2, 2025

Respectfully submitted,

/s/ Shawn Baker

Beneficiary Title Owner & Trustee