Align top of FedEx Express® shipping label here.

340-1070SQ

FedEx

SHIP DATE: 02OCT25
ACTWGT: 1.0 LB
CAD:

BILL SENDER

ORIGIN ID:CDVA   (908) 613-6490
SHAWNI BAKER
P.O.B 833
UNION, NJ 07083
UNITED STATES US

TO CLERK OF THE CLERK, PRO SE INTAKE
U.S. DISTRICT COURT, EAST DISTRICT
225 CADMAN PLAZA EAST
BROOKLYN NY 11201
(718) 613-2600

DEPT:
REF:
INV:
PO:

FedEx
Express

FRI — 03 OCT 5:00P
STANDARD OVERNIGHT

TRK# 8848 6948 1530

E2 EGXA

11201
NY-US   EWR

PEEL HERE

Align bottom of peel-and-stick airbill or pouch here.