F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 27 2026   ☆

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

———————————————————————-x

SHAWN BAKER,
      Plaintiff,

        -against-

TRANSUNION, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC.
EQUIFAX INFORMATION SERVICES, LLC,
LVNV FUNDING LLC, CREDENCE
RESOURCE MANAGEMENT,
and DOES 1–10,
      Defendants.

———————————————————————-x

**CIVIL ACTION NO. 1:25-CV4785**



RECEIVED
MAY 27 2026
PRO SE OFFICE

## PLAINTIFF'S NOTICE OF NON-OPPOSITION TO

## REPORT AND RECOMMENDATION AND

## REQUEST FOR ADOPTION BY THE DISTRICT COURT

Plaintiff Shawn Baker, appearing pro se, hereby respectfully submits this Notice of Non-

Opposition to the Report and Recommendation issued by United States Magistrate Judge Seth D.

Eichenholtz on May 15, 2026 (Dkt. No. 59) (the "R&R"), and respectfully requests that the

Honorable Hector Gonzalez, United States District Judge, adopt the R&R in full.

REC'D IN PRO SE OFFICE
MAY 27 '26 PM 12:55

# I.  BACKGROUND

On May 15, 2026, Magistrate Judge Eichenholtz issued a Report and Recommendation recommending that: (1) Plaintiff's motion to remand be granted and this matter be returned to the Supreme Court of the State of New York, Kings County; and (2) the Moving Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) be denied without prejudice as moot for lack of subject matter jurisdiction.

The R&R concluded that this Court lacks both federal question jurisdiction and diversity jurisdiction over Plaintiff's claims as set forth in the Amended Complaint. Specifically, the Magistrate Judge found that: (a) Plaintiff's Amended Complaint asserts only state law causes of action and does not present a federal question; (b) the artful pleading doctrine does not apply because neither the Fair Credit Reporting Act ("FCRA") nor the Fair Debt Collection Practices Act ("FDCPA") carries the complete preemption necessary to confer federal question jurisdiction; and (c) Defendants failed to establish diversity jurisdiction despite being afforded the opportunity to supplement the record.

2

## II.  NOTICE OF NON-OPPOSITION

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2), any

party may file written objections to a magistrate judge's report and recommendation within

fourteen (14) days after being served. Plaintiff has reviewed the R&R in its entirety and does not

object to any portion thereof.

To the contrary,  Plaintiff agrees with the Magistrate Judge's conclusion that the Court

presently lacks subject matter jurisdiction over the operative Amended Complaint.

Plaintiff further notes that remand to Kings County Supreme Court is not only legally required

under the authority cited in the R&R, including Royal Canin U.S.A., Inc. v. Wullschleger, 604

U.S. 22 (2025), but also consistent with the interests of justice.  The related state court

proceedings, including proceedings concerning temporary injunctive relief under Index No.

525741/2025, remain pending in Kings County Supreme Court.

## III.  REQUEST FOR ADOPTION

Plaintiff respectfully requests that Judge Gonzalez adopt the R&R in full and enter an

Order: (1) granting Plaintiff's motion to remand and directing the Clerk of Court to remand this

action to the Supreme Court of the State of New York, Kings County, under Index No.

525741/2025; and (2) denying the Moving Defendants' motion to dismiss without prejudice as

moot.

Prompt adoption of the R&R will allow Plaintiff to resume his state court proceedings

and obtain a hearing on the emergency injunctive relief that was pending at the time of removal.

## IV.  CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court adopt the

Magistrate Judge's Report and Recommendation in its entirety and enter the recommended Order

of remand.

Respectfully submitted,

/s/ Shawn Baker

Shawn Baker, Pro Se Plaintiff

Individually and as Trustee,

4

Baker Legacy Preservation Trust

Date: May 20, 2026

5

SHAWN BARCLIFFE
PO BOX 833
UNION NJ 07083

UNITED STATES DISTRICT COURT, EDNY
CLERK'S OFFICE
225 CADMAN PLAZA EAST
BROOKLYN NY 11201

9589 0710 5270 3923 3750 54

11201-183299

U.S. POSTAGE
FCM LETTER
BALDWIN, NY 1
MAY 21, 2026
$6.37
S2324H502069-9

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAY 27 2026

BROOKLYN OFFICE



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

Retail